UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| MICHELLE SAYLOR, | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 5: 20-421-DCR |
| V. | ) ) | |
| DANA SEALING MANUFACTURING, LLC, et al., | ) ) ) ) | **JUDGMENT** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant International Union, United Automobile, Aerospace and Agricultural Implement Workers of America, Local Union No. 3062 with respect to all claims asserted in this action.

2. All claims having been resolved, this action is **DISMISSED** and **STRICKEN** from the Court's docket.

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

- 2 -

Dated: November 18, 2021.

*Danny C. Reeves, Chief Judge*
United States District Court
Eastern District of Kentucky